IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MANUEL DEWAYNE STABLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:12-cv-0319-TMH |
| ) | WO |
| ROBERT BENTLEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #8) to the Recommendation of the Magistrate Judge filed on May 15, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #7) filed on May 2, 2012 is adopted;

3. Plaintiff's challenge to the removal of his good time is DISMISSED without prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

4. This case is DISMISSED prior to service of process and in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this the 29th day of May, 2012.

                              /s/ Truman M. Hobbs
                    SENIOR UNITED STATES DISTRICT JUDGE